IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| **JUAN SANCHEZ** | § | **PLAINTIFF** |
| | § | |
| | § | |
| v. | § | Civil Action No. 1:15cv272-HSO-JCG |
| | § | |
| | § | |
| **MK INDUSTRIES, INC.** | § | **DEFENDANT** |

## FINAL JUDGMENT

This matter came on to be heard upon the Motion to Stay Case and Compel Arbitration [8] filed by Defendants MK Industries, Inc. The Court, after a full review and consideration of the pleadings on file, the record as a whole, and relevant legal authorities, finds that in accord with its Memorandum Opinion and Order entered this date,

**IT IS, THEREFORE, ORDERED AND ADJUDGED,** that Plaintiff Juan Sanchez must submit his claims to arbitration, and this civil action is **DISMISSED WITH PREJUDICE**.

**SO ORDERED AND ADJUDGED**, this the 29th day of January, 2016.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE